IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LYNDA FROEBEL, ) <br> ) <br> Plaintiff, ) <br> ) FILED: MAY 30, 2008 <br> vs. ) Civil Action No. 08CV3122   RCC <br> ) <br> PENTAGROUP FINANCIAL, LLC, ) JUDGE DER-YEGHIAYAN <br> ) <br> Defendant. ) MAGISTRATE JUDGE BROWN | |

## COMPLAINT

NOW COMES the Plaintiff, LYNDA FROEBEL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, PENTAGROUP FINANCIAL, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Lynda Froebel, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Bunker Hill, State of Illinois.

4. At all relevant times herein, Defendant, Pentagroup Financial, LLC, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to Triad Financial.

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Texas.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. PENTAGROUP FINANCIAL, LLC

6. In March of 2008, Plaintiff began receiving telephone calls from a representative of Defendant attempting to collect a debt allegedly owed to Triad Financial for $1200.00.

7. In the initial conversation Defendant offered to settle the alleged debt with Plaintiff for $750.00 however, Plaintiff stated she preferred to discuss the debt with Triad Financial directly and would contact Defendant at a later date.

8. Shortly thereafter, Defendant contacted Plaintiff again and left a message stating Plaintiff needed to stop avoiding Defendant's calls.

9. On March 17, 2008, Plaintiff received an initial debt collection letter from Defendant and immediately sent Defendant a cease and desist letter in response.

10. After mailing the cease and desist letter, Plaintiff received an additional message from Defendant stating it was preparing for the "deposition" in Plaintiff's case.

11. On March 19, 2008, Plaintiff received a call from Defendant while at work and Defendant stated it would have Plaintiff served with the necessary paperwork at her place of employment if necessary.

12. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Communicated with the consumer after being notified in writing that the consumer refused to pay the debt or that the consumer wished the debt collector to

cease further communication with the consumer in violation of 15 U.S.C. § 1692c(c);

b. Threatened to take any action that cannot legally be taken or that is not intended to be taken in violation of 15 U.S.C. § 1692e(5); and

c. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10).

13. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, LYNDA FROEBEL, by and through her attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**LYNDA FROEBEL**

By:   s/Larry P. Smith
        Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph.    (312) 222-9028
Fax    (312) 602-3911
e-mail  lsmith@lpsmithlaw.com