# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 08 CV 3122

Lynda Froebel
v.
Pentagroup Financial, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Lynda Froebel

| | |
|---|---|
| **NAME (Type or print)**<br>Alyssa H. Blackwell | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/  Alyssa H. Blackwell | |
| **FIRM**<br>Larry P. Smith & Associates, Ltd. | |
| **STREET ADDRESS**<br>205 N. Michigan Ave., 40th Floor | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282538 | TELEPHONE  NUMBER<br>312-222-9028 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |