IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA FROEBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-3122 |
| | ) | |
| PENTAGROUP FINANCIAL, LLC, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, LYNDA FROEBEL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, PENTAGROUP FINANCIAL, LLC, with prejudice and without costs to be paid to any party.

                                                                                 Respectfully Submitted,
                                                                                 **LYNDA FROEBEL**

                                                                                 By: ____/s Larry P. Smith_____
                                                                                         Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911