IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDA FROEBEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-3122 |
| | ) | |
| PENTAGROUP FINANCIAL, LLC, | ) | Judge Der-Yeghiayan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Pentagroup Financial LLC
Attn: Legal Department
5959 Corporate Drive, Ste 1400
Houston TX 77036

　　PLEASE TAKE NOTICE THAT On July 9, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

　　I, the undersigned, an attorney, certify that I served this notice by regular U.S. mail to the above named party before 5:00 p.m. on July  9 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

　　　　　　　　　　　　　　　　　　　　　By: ____*/s Larry P. Smith*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff